■ In the Matter of RICHARD STEVENS, Respondent, v JAMES R. HEWSON et al., Constituting the Zoning Board of Appeals of the Town of Hastings, Appellants.—Judgment insofar as appealed from unanimously reversed on the law without costs and petition dismissed. Memorandum: Special Term erred in upholding the December 1987 determination made by respondents (ZBA). A decision, upon reconsideration or rehearing, to reverse or modify a prior determination by the ZBA must be approved unanimously (Town Law § 267 [6]; *Matter of Panella v Budney,* 59 Misc 2d 542; 2 Anderson, New York Zoning Law and Practice § 25.35 [3d ed]). The December resolution, which effectively reversed an earlier interpretation of the zoning ordinance made in September of 1987, was approved by a 4 to 2 vote and thus, was not properly adopted. (Appeal from judgment of Supreme Court, Oswego County, Donovan, J.—art 78.) Present—Doerr, J. P., Denman, Boomer, Balio and Lawton, JJ.